In re:                                                                                    Case No. 24-00819-MJC

Christina Dawn Keller                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Christina Dawn Keller, 244 Shingle Mill Drive, Drums, PA 18222-1211 |
| 5607890 | + | Upgrade, Inc., 2 N Central Ave, Fl 10, Phoenix, AZ 85004-4422 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| 5607862 | Email/Text: bncnotifications@pheaa.org | May 06 2024 18:38:00 | AES/PHEAA, PO Box 61047, Harrisburg, PA 17106-1047 |
| 5607863 | Email/Text: bncnotifications@pheaa.org | May 06 2024 18:38:00 | AES/PHEAA, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 5607865 | Email/Text: BarclaysBankDelaware@tsico.com | May 06 2024 18:38:00 | Barclays, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 5607864 | Email/Text: BarclaysBankDelaware@tsico.com | May 06 2024 18:38:00 | Barclays, PO Box 8803, Wilmington, DE 19899-8803 |
| 5607867 | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 06 2024 18:38:17 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5607866 | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 06 2024 18:48:54 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5607869 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 06 2024 18:38:00 | Comenity Bank/Torrid, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5607868 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 06 2024 18:38:00 | Comenity Bank/Torrid, PO Box 182789, Columbus, OH 43218-2789 |
| 5607870 | Email/PDF: creditonebknotifications@resurgent.com | May 06 2024 18:49:25 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5607871 | Email/PDF: creditonebknotifications@resurgent.com | May 06 2024 18:49:52 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5607872 | Email/Text: EBN@edfinancial.com | May 06 2024 18:38:00 | Edfinancial Services L, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 5607873 | Email/PDF: ais.fpc.ebn@aisinfo.com | May 06 2024 18:49:25 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5607875 | Email/Text: Documentfiling@lciinc.com | May 06 2024 18:38:00 | Lending Club, Attn: Bankruptcy, 595 Market St, San Francisco, CA 94105-2802 |
| 5607874 | Email/Text: Documentfiling@lciinc.com | May 06 2024 18:38:00 | Lending Club, 595 Market St, San Francisco, CA 94105-2802 |
| 5607877 | Email/Text: bankruptcy@marinerfinance.com | May 06 2024 18:38:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5607876 | Email/Text: bankruptcy@marinerfinance.com | | |

| | | | | |
|---|---|---|---|---|
| | | | May 06 2024 18:38:00 | Mariner Finance, LLC, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5611759 | + | Email/Text: bncnotifications@pheaa.org | May 06 2024 18:38:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 5607879 | | Email/PDF: ebnotices@pnmac.com | May 06 2024 18:48:58 | Pennymac Loan Services, LLC, Attn: Correspondence, Unit PO Box 514387, Los Angeles, CA 90051-4387 |
| 5607878 | | Email/PDF: ebnotices@pnmac.com | May 06 2024 18:49:24 | Pennymac Loan Services, LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5612051 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | May 06 2024 18:49:28 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 5607881 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | May 06 2024 18:49:28 | Regional Acceptance Corporation, Attn: Bankruptcy, 1424 E Fire Tower Rd, Greenville, NC 27858-4105 |
| 5607880 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | May 06 2024 18:49:28 | Regional Acceptance Corporation, 1424 E Fire Tower Rd, Greenville, NC 27858-4105 |
| 5607882 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 06 2024 18:48:49 | Syncb/Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5607883 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 06 2024 18:37:45 | Syncb/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5607885 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 06 2024 18:48:59 | Synchrony Bank/Qvc, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5607884 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 06 2024 18:49:52 | Synchrony Bank/Qvc, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5607886 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 06 2024 18:49:24 | Synchrony/Paypal Credit, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5607887 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 06 2024 18:49:57 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5607888 | | Email/Text: bncmail@w-legal.com | May 06 2024 18:38:00 | Target Nb, PO Box 673, Minneapolis, MN 55440-0673 |
| 5607889 | | Email/Text: bncmail@w-legal.com | May 06 2024 18:38:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5609092 | + | Email/Text: EBN@edfinancial.com | May 06 2024 18:38:00 | U.S. Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5607891 | + | Email/Text: bknotice@upgrade.com | May 06 2024 18:38:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery St, Fl 23, San Francisco, CA 94111-3305 |
| 5607892 | | Email/Text: LCI@upstart.com | May 06 2024 18:38:00 | Upstart, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 5607893 | | Email/Text: LCI@upstart.com | May 06 2024 18:38:00 | Upstart, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 5610107 | ^ | MEBN | May 06 2024 18:33:40 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2024          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Christina Dawn Keller MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Christina Dawn Keller,                         Chapter        13
aka Christina D. Keller, aka Christina Keller,

**Debtor 1**                                   Case No.       5:24−bk−00819−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**June 11, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: June 18, 2024 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 6, 2024 |

ntcnfhrg (08/21)